**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**VS.** **NO.: 6:26-cr-00082-REW-HAI**

**DEFENDANT HUFF'S UNOPPOSED MOTION TO CONTINUE JURY TRIAL**

***ELECTRONICALLY FILED***

**DARION BREANN HUFF** **DEFENDANT**

* * * * * * * * * *

Comes the Defendant, DARION BREANN HUFF, by counsel, WILLIAM M. BUTLER, JR. and moves this honorable Court to continue the jury trial scheduled for September 10, 2026 in Louisville, Kentucky.

As grounds for this Motion, counsel states that plea negotiations have begun and requests a continuance date of 60 days. Counsel believes the ends of justice will be served by this delay and are outweighed by the best interests of the public and the defendant in a speedy trial because the defendant and his counsel would otherwise be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See §3161(h)(7)(B)(iv); Zedner v. United States, 547 U.S. 489 (2006)

Additionally, AUSA Justin Blankenship has no objection to this Motion.

**WHEREFORE**, the Defendant asks this Court to continue the jury trial date.

Respectfully submitted,

s/ WILLIAM M. BUTLER, JR.

William M. Butler, Jr.
500 West Jefferson Street
Suite 1520
Louisville, Kentucky 40202
(502) 582-2020 telephone
(502) 583-8007 fax
Email: wmb@kycriminallawyer.com

s/ KATE HOMAN
Kate Homan
810 Sycamore St., Fifth Floor
Cincinnati, Ohio 45202
Phone: 513-564-0088
Fax: 513-263-9089
Email: katetheattorney@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2026 I filed the above document through the ECF System, which will send a notice of electronic filing to the Honorable Justin Blankenship, Assistant United States Attorney.

s/ WILLIAM M. BUTLER, JR.
William M. Butler, Jr.