**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**VS.** **NO.: 6:26-cr-00082-REW-HAI**

**ORDER**

***ELECTRONICALLY FILED***

**DARION BREANN HUFF** **DEFENDANT**

* * * * * * * * * *

Motion having been made and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that Defendant Huff's Motion to Continue the Jury Trial IS GRANTED.

**IT IS FURTHER ORDERED** that a trial by jury shall be set for the ____ day of _________________, 2026 at ________ .m. in London, Kentucky.

**IT IS FURTHER ORDERED** that time between September 10, 2026 and _________________, 2026 is excluded in computing time limitations specified in the Speedy Trial Act. 18 U.S.C. 3161(h)(7)(A); (h)(7)(B).